NEW JERSEY STATE DEPARTMENT OF HEALTH, PROSE-
CUTOR, v. CHARLES A. HAUSER, RESPONDENT.

Submitted October 16, 1931—Decided November 23, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the prosecutor, *William A. Stevens* and *Robert
Peacock.*

For the respondent, *Howard W. Roberts.*

PER CURIAM.

The writ in this case was allowed at the instance of the
attorney-general. *State* v. *Zabriskie,* 43 *N. J. L.* 396.

The state department of health on the complaint of George
Taylor brought proceedings against Charles A. Hauser to
recover the penalty provided for a violation of the Shell Fish
act of 1912, as amended. Hauser was convicted before the
justice of the peace and appealed to the Common Pleas. The
state sought to have the appeal dismissed on the ground that
notice had not been served, as required by law, upon the
prosecutor Taylor. The Common Pleas denied this motion.

There is nothing returned with the record to show what
transpired, so we have no way of determining whether the
notice of appeal was or was not served in accordance with
the provisions of the statute.

The writ will, therefore, be dismissed.